IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SYLVIA MOODY, personal representative of the Estate of VICTOR STARKEL,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ADAMSON,<br><br>Defendant. | CV 22–71–M–DLC<br><br><br>ORDER |

On May 31, 2023, the parties filed their second joint status report. (Doc. 25.) The parties indicated that Defendant had appealed two rulings in the petition to reopen Victor Starkel's informal probate to the Montana Supreme Court. (*Id.* at 1–2.) They further indicated that the appeal had been docketed and the briefing was complete, but that the appeal had not yet been classified for review. (*Id.* at 2.) As this case remains stayed pending final resolution of Plaintiff's petition to reopen Victor Starkel's informal probate, including Defendant's appeal, the Court requests an update upon a ruling from the Montana Supreme Court in Cause No. 22-0744.

Accordingly, IT IS ORDERED that the parties shall file a joint status report updating the Court regarding the status of Plaintiff's petition within seven days of resolution of Defendant's appeal.

DATED this 23rd day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court