IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SYLVIA MOODY, personal representative of the Estate of VICTOR STARKEL,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ADAMSON,<br><br>Defendant. | CV 22–71–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Ryan Adamson's Unopposed Motion for Extension of Time. (Doc. 30.) Mr. Adamson requests that the Court grant him an extension through January 5, 2024, to respond to Plaintiff Sylvia Moody's First Discovery Requests. (*Id.* at 1.) Plaintiff does not oppose. (*Id.* at 1–2.)

Accordingly, IT IS ORDERED that the motion is GRANTED. Mr. Adamson shall respond to Ms. Moody's First Discovery Requests by January 5, 2024.

DATED this 11th day of December, 2023.

Dana L. Christensen, District Judge
United States District Court

1