IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SYLVIA MOODY, personal representative of the Estate of VICTOR STARKEL, | CV 22–71–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| RYAN ADAMSON, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion for Leave to Attend Preliminary Pretrial Conference by Telephone. (Doc. 32.) Defendant requests leave for counsel Charles Hansberry to attend the preliminary pretrial conference scheduled for January 18, 2024, by telephone as he will be recovering from surgery. (*Id.* at 1–2.) Plaintiff does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 32) is GRANTED. Counsel may attend the preliminary pretrial conference by dialing 1-669-254-5252 and entering meeting ID 160-1303-0341# at the prompt.

1

DATED this 8th day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court