IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SYLVIA MOODY, personal representative of the Estate of VICTOR STARKEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RYAN ADAMSON,<br><br>　　　　Defendant. | CV 22–71–M–DLC<br><br><br>ORDER |

　　Before the Court is Plaintiff's Unopposed Motion for Leave to Attend Preliminary Pretrial Conference by Telephone. (Doc. 40.) Plaintiff requests leave for counsel Tim Strauch to attend the preliminary pretrial conference scheduled for February 2, 2024, by telephone as he will be out of state. (*Id.* at 1–2.) Defendant does not oppose. (*Id.* at 2.)

　　Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED. Counsel Tim Strauch may attend the preliminary pretrial conference by dialing 1-669-254-5252 and entering meeting ID 160-1303-0341# at the prompt.

1

DATED this 17th day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court