IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SYLVIA MOODY, personal representative of the Estate of VICTOR STARKEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RYAN ADAMSON,<br><br>　　　　　Defendant. | CV 22–71–M–DLC<br><br><br>ORDER |

Pursuant to the parties' stipulation for dismissal with prejudice,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall bear their respective costs and attorney fees.

DATED this 13th day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1